1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   JEAN M. TURK
4  Special Assistant United States Attorney (#131517)
       333 Market Street, Suite 1500
5      San Francisco, California 94105
       Tel: (415) 977-8935
6      Fax: (415) 744-0134
       E-Mail: jean.turk@ssa.gov
7  Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DEBBIE L. WEBBER, | No. EDCV 09-0287FMO |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: 7/29/09

                                        _____/s/_____
                                        HON. FERNANDO M. OLGUIN
                                        UNITED STATES MAGISTRATE JUDGE